# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

WAYNE DAVIS,

                Plaintiff,

v.

KOHN LAW FIRM, SC,

                Defendant.

Case No. 17-CV-1499-JPS

**ORDER**

On January 2, 2018, the plaintiff filed a notice of voluntary dismissal of this action with prejudice. (Docket #12). The Court herewith adopts that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that the plaintiff's notice of voluntary dismissal (Docket #12) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice.**

Dated at Milwaukee, Wisconsin, this 3rd day of January, 2018.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge